1

2

3          97.     Answering Defendants admit that Article 7 of the Kagman Lease speaks for itself.

4    Except as expressly admitted, Answering Defendants deny the allegations contained in paragraph

     97.

5

6          98.     Answering Defendants admit that Article 12 of the Kagman Lease speaks for itself.

7    Except as expressly admitted, Answering Defendants deny the allegations contained in paragraph

     98.

8

9          99.     Answering Defendants admit that Article 12 of the Kagman Lease speaks for itself.

10   Except as expressly admitted, Answering Defendants deny the allegations contained in paragraph

     99.

11

12         100.    Answering Defendants admit that Article 12 of the Kagman Lease speaks for itself.

13   Except as expressly admitted, Answering Defendants deny the allegations contained in paragraph

     100.

14

15         101.    Answering Defendants admit that Article 12 of the Kagman Lease speaks for itself.

16   Except as expressly admitted, Answering Defendants deny the allegations contained in paragraph

     101.

17

18         102.    Answering Defendants admit that Article 12 of the Kagman Lease speaks for itself.

19   Except as expressly admitted, Answering Defendants deny the allegations contained in paragraph

     102.

20

21         103.    Answering Defendants admit that Article 12 of the Kagman Lease speaks for itself.

22   Except as expressly admitted, Answering Defendants deny the allegations contained in paragraph

     103.

23         104.    Answering Defendants admit each and every allegation contained in paragraph

24   number 104 of the Complaint.

25         105.    Answering Defendants admit that Article 23 of the Kagman Lease speaks for itself.

26   Except as expressly admitted, Answering Defendants deny the allegations contained in paragraph

27   105.

28

106.    Answering Defendants admit that Article 19 of the Kagman Lease speaks for itself. Except as expressly admitted, Answering Defendants deny the allegations contained in paragraph 106.

107.    Answering Defendants admit that Article 26 of the Kagman Lease speaks for itself. Except as expressly admitted, Answering Defendants deny the allegations contained in paragraph 107.

108.    Answering Defendants admit that Article 27 of the Kagman Lease speaks for itself. Except as expressly admitted, Answering Defendants deny the allegations contained in paragraph 108.

109.    Answering Defendants admit that Article 28 of the Kagman Lease speaks for itself. Except as expressly admitted, Answering Defendants deny the allegations contained in paragraph 109.

110.    Answering Defendants admit that Article 35A of the Kagman Lease speaks for itself.  Except as expressly admitted, Answering Defendants deny the allegations contained in paragraph 110

111.    Answering Defendants have insufficient information to form a belief as to the truth of paragraph 111 of Plaintiffs' Complaint and placing their denial on that ground, deny the allegations and each of them and require strict proof thereof.

112.    Answering Defendants admit that on June 22, 1992, MPLC and MTC executed a Lease Agreement (the "Sinapalu Lease") which was files at the Commonwealth Recorder's Office as File No. 92-2048, dated June 22, 1992.  Under the Sinapalu Lease, MPLC is the Lessor, and the MTC is the Lessee.  Except as expressly admitted, Answering Defendants deny the allegations contained in paragraph 112.

113.    Answering Defendants admit each and every allegation contained in paragraph number 113 of the Complaint.

114.    Answering Defendants admit each and every allegation contained in paragraph number 114 of the Complaint.

115.    Answering Defendants admit that Article 5 of the Sinapalu Lease speaks for itself. Except as expressly admitted, Answering Defendants deny the allegations contained in paragraph 115.

116.    Answering Defendants admit that Article 5D of the Sinapalu Lease speaks for itself. Except as expressly admitted, Answering Defendants deny the allegations contained in paragraph 116.

117.    Answering Defendants admit that Article 6 of the Sinapalu Lease speaks for itself. Except as expressly admitted, Answering Defendants deny the allegations contained in paragraph 117.

118.    Answering Defendants admit that Article 6 of the Sinapalu Lease speaks for itself. Except as expressly admitted, Answering Defendants deny the allegations contained in paragraph 118.

119.    Answering Defendants admit each and every allegation contained in paragraph number 119 of the Complaint.

120.    Answering Defendants admit that Article 7 of the Sinapalu Lease speaks for itself. Except as expressly admitted, Answering Defendants deny the allegations contained in paragraph 120.

121.    Answering Defendants admit each and every allegation contained in paragraph number 121 of the Complaint.

122.    Answering Defendants admit that Article 12 of the Sinapalu Lease speaks for itself. Except as expressly admitted, Answering Defendants deny the allegations contained in paragraph 122.

123.    Answering Defendants admit that Article 12 of the Sinapalu Lease speaks for itself. Except as expressly admitted, Answering Defendants deny the allegations contained in paragraph 123.

124.    Answering Defendants admit that Article 12 of the Sinapalu Lease speaks for itself. Except as expressly admitted, Answering Defendants deny the allegations contained in paragraph 124.

17

125.   Answering Defendants admit that Article 12 of the Sinapalu Lease speaks for itself. Except as expressly admitted, Answering Defendants deny the allegations contained in paragraph 125.

126.   Answering Defendants admit that Article 12 of the Sinapalu Lease speaks for itself. Except as expressly admitted, Answering Defendants deny the allegations contained in paragraph 126.

127.   Answering Defendants admit that Article 12 of the Sinapalu Lease speaks for itself. Except as expressly admitted, Answering Defendants deny the allegations contained in paragraph 127.

128.   Answering Defendants admit each and every allegation contained in paragraph number 128 of the Complaint.

129.   Answering Defendants admit that Article 23 of the Sinapalu Lease speaks for itself. Except as expressly admitted, Answering Defendants deny the allegations contained in paragraph 129.

130.   Answering Defendants admit that Article 19 of the Sinapalu Lease speaks for itself. Except as expressly admitted, Answering Defendants deny the allegations contained in paragraph 130.

131. Answering Defendants admit that Article 26 of the Sinapalu Lease speaks for itself. Except as expressly admitted, Answering Defendants deny the allegations contained in paragraph 131.

132.   Answering Defendants admit that Article 27 of the Sinapalu Lease speaks for itself. Except as expressly admitted, Answering Defendants deny the allegations contained in paragraph 132.

133.   Answering Defendants admit that Article 28 of the Sinapalu Lease speaks for itself. Except as expressly admitted, Answering Defendants deny the allegations contained in paragraph 133.

134.    Answering Defendants admit that Article 35A of the Sinapalu Lease speaks for itself.  Except as expressly admitted, Answering Defendants deny the allegations contained in paragraph 134.

135.    Answering Defendants have insufficient information to form a belief as to the truth of paragraph 135 of Plaintiffs' Complaint and placing their denial on that ground, deny the allegations and each of them and require strict proof thereof.

136.    Answering Defendants admit each and every allegation contained in paragraph number 136 of the Complaint.

137.    Answering Defendants admit each and every allegation contained in paragraph number 137 of the Complaint.

138.    Answering Defendants admit that on October 27, 1983, the Franchise was amended. Except as expressly admitted, Answering Defendants deny the allegations contained in paragraph 138.

139.    Answering Defendants admit that the Franchise speaks for itself. Except as expressly admitted, Answering Defendants deny the allegations contained in paragraph 139.

140.    Answering Defendants admit that the MTC cable network is buried underground. Except as expressly admitted, Answering Defendants deny the allegations contained in paragraph 140.

141.    Answering Defendants deny each and every allegation contained in paragraph number 141 of the Complaint.

142.    Answering Defendants admit that they knew that the public lands belong to the Northern Marianas Descent.  Except as expressly admitted, Answering Defendants deny the allegations contained in paragraph 142.

143.    Answering Defendants deny each and every allegation contained in paragraph number 143 of the Complaint.

144.    Answering Defendants admit each and every allegation contained in paragraph number 144 of the Complaint.

145.    Answering Defendants deny each and every allegation contained in paragraph number 145 of the Complaint.

146.    Answering Defendants admit that Fiber Optic Act became law in 1996 and that it speaks for itself.    Except as expressly admitted, Answering Defendants deny the allegations contained in paragraph 146.

147.    The allegations contained in paragraph 147 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

148.    Answering Defendants admit that Exhibit "G" is a letter dated July 10, 1996 and that letter speaks for itself.    Except as expressly admitted, Answering Defendants deny the allegations contained in paragraph 148.

149.    Answering Defendants admit that MTC layed Fiber Optic cable between Saipan, Tinian and Rota.    Except as expressly admitted, Answering Defendants deny the allegations contained in paragraph 149.

150.    Answering Defendants admit each and every allegation contained in paragraph number 150 of the Complaint.

151.    Answering Defendants admit each and every allegation contained in paragraph number 151 of the Complaint.

152.    Answering Defendants admit that on or about May 15, 1997, MTC provided customers 30 minutes free calling between Saipan, Tinian and Rota and reduced its rate from $0.25 per minute to $0.15 per minute for minutes after the 30 free minutes.    Other allegations contained in paragraph 152 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

153.    Answering Defendants deny each and every allegation contained in paragraph number 153 of the Complaint.

154.    Answering Defendants have insufficient information to form a belief as to the truth of paragraph 154 of Plaintiffs' Complaint and placing their denial on that ground, deny the allegations and each of them and require strict proof thereof.

155.    Answering Defendants have insufficient information to form a belief as to the truth of paragraph 155 of Plaintiffs' Complaint and placing their denial on that ground, deny the allegations and each of them and require strict proof thereof.

156.    In answering the allegations in paragraph 156, Answering Defendants incorporate by reference each and every admission and denial contained in paragraph 1-278 of Answering Defendants' answer.

157.    Answering Defendants have insufficient information to form a belief as to the truth of paragraph 157 of Plaintiffs' Complaint and placing their denial on that ground, deny the allegations and each of them and require strict proof thereof.

158.    Answering Defendants deny each and every allegation contained in paragraph number 158 of the Complaint.

159.    Answering Defendants deny each and every allegation contained in paragraph number 159 of the Complaint.

160.    Answering Defendants deny each and every allegation contained in paragraph number 160 of the Complaint.

161.    In answering the allegations in paragraph 161, Answering Defendants incorporate by reference each and every admission and denial contained in paragraph 1-278 of Answering Defendants' answer.

162.    Answering Defendants have insufficient information to form a belief as to the truth of paragraph 162 of Plaintiffs' Complaint and placing their denial on that ground, deny the allegations and each of them and require strict proof thereof.

163.    Answering Defendants deny each and every allegation contained in paragraph number 163 of the Complaint.

164.    Answering Defendants deny each and every allegation contained in paragraph number 164 of the Complaint.

165.    Answering Defendants deny each and every allegation contained in paragraph number 165 of the Complaint.

166.    In answering the allegations in paragraph 166, Answering Defendants incorporate by reference each and every admission and denial contained in paragraph 1-278 of Answering Defendants' answer.

167.    Answering Defendants have insufficient information to form a belief as to the truth of paragraph 167 of Plaintiffs' Complaint and placing their denial on that ground, deny the allegations and each of them and require strict proof thereof.

168.    Answering Defendants deny each and every allegation contained in paragraph number 168 of the Complaint.

169.    Answering Defendants deny each and every allegation contained in paragraph number 169 of the Complaint.

170.    Answering Defendants deny each and every allegation contained in paragraph number 170 of the Complaint.

171.    In answering the allegations in paragraph 171, Answering Defendants incorporate by reference each and every admission and denial contained in paragraph 1-278 of Answering Defendants' answer.

172.    Answering Defendants have insufficient information to form a belief as to the truth of paragraph 172 of Plaintiffs' Complaint and placing their denial on that ground, deny the allegations and each of them and require strict proof thereof.

173.    Answering Defendants deny each and every allegation contained in paragraph number 173 of the Complaint.

174.    Answering Defendants deny each and every allegation contained in paragraph number 174 of the Complaint.

175.    Answering Defendants deny each and every allegation contained in paragraph number 175 of the Complaint.

176.    In answering the allegations in paragraph 176, Answering Defendants incorporate by reference each and every admission and denial contained in paragraph 1-278 of Answering Defendants' answer.

177.    Answering Defendants have insufficient information to form a belief as to the truth of paragraph 177 of Plaintiffs' Complaint and placing their denial on that ground, deny the allegations and each of them and require strict proof thereof.

178.    Answering Defendants deny each and every allegation contained in paragraph number 178 of the Complaint.

179.    Answering Defendants deny each and every allegation contained in paragraph number 179 of the Complaint.

180.    Answering Defendants deny each and every allegation contained in paragraph number 180 of the Complaint.

181.    In answering the allegations in paragraph 181, Answering Defendants incorporate by reference each and every admission and denial contained in paragraph 1-278 of Answering Defendants' answer.

182.    Answering Defendants have insufficient information to form a belief as to the truth of paragraph 182 of Plaintiffs' Complaint and placing their denial on that ground, deny the allegations and each of them and require strict proof thereof.

183.    Answering Defendants deny each and every allegation contained in paragraph number 183 of the Complaint.

184.    Answering Defendants deny each and every allegation contained in paragraph number 184 of the Complaint.

185.    Answering Defendants deny each and every allegation contained in paragraph number 185 of the Complaint.

186.    Answering Defendants deny each and every allegation contained in paragraph number 186 of the Complaint.

187.    Answering Defendants deny each and every allegation contained in paragraph number 187 of the Complaint.

188.    Answering Defendants deny each and every allegation contained in paragraph number 188 of the Complaint.

189.    In answering the allegations in paragraph 189, Answering Defendants incorporate by reference each and every admission and denial contained in paragraph 1-278 of Answering Defendants' answer.

190.    Answering Defendants have insufficient information to form a belief as to the truth of paragraph 190 of Plaintiffs' Complaint and placing their denial on that ground, deny the allegations and each of them and require strict proof thereof.

191.    Answering Defendants deny each and every allegation contained in paragraph number 191 of the Complaint.

192.    Answering Defendants deny each and every allegation contained in paragraph number 192 of the Complaint.

193.    Answering Defendants deny each and every allegation contained in paragraph number 193 of the Complaint.

194.    Answering Defendants deny each and every allegation contained in paragraph number 194 of the Complaint.

195.    Answering Defendants deny each and every allegation contained in paragraph number 195 of the Complaint.

196.    Answering Defendants deny each and every allegation contained in paragraph number 196 of the Complaint.

197.    In answering the allegations in paragraph 197, Answering Defendants incorporate by reference each and every admission and denial contained in paragraph 1-278 of Answering Defendants' answer.

198.    Answering Defendants have insufficient information to form a belief as to the truth of paragraph 198 of Plaintiffs' Complaint and placing their denial on that ground, deny the allegations and each of them and require strict proof thereof.

199.    Answering Defendants deny each and every allegation contained in paragraph number 199 of the Complaint.

200.    Answering Defendants deny each and every allegation contained in paragraph number 200 of the Complaint.

201.    Answering Defendants deny each and every allegation contained in paragraph number 201 of the Complaint.

202.    Answering Defendants deny each and every allegation contained in paragraph number 202 of the Complaint.

203.    Answering Defendants deny each and every allegation contained in paragraph number 203 of the Complaint.

204.    Answering Defendants deny each and every allegation contained in paragraph number 204 of the Complaint.

205.    In answering the allegations in paragraph 205, Answering Defendants incorporates by reference each and every admission and denial contained in paragraph 1-278 of Answering Defendants' answer.

206.    Answering Defendants have insufficient information to form a belief as to the truth of paragraph 206 of Plaintiffs' Complaint and placing their denial on that ground, deny the allegations and each of them and require strict proof thereof.

207.    Answering Defendants deny each and every allegation contained in paragraph number 207 of the Complaint.

208.    Answering Defendants deny each and every allegation contained in paragraph number 208 of the Complaint.

209.    Answering Defendants deny each and every allegation contained in paragraph number 209 of the Complaint.

210.    Answering Defendants deny each and every allegation contained in paragraph number 210 of the Complaint.

211.    Answering Defendants deny each and every allegation contained in paragraph number 211 of the Complaint.

212.    Answering Defendants deny each and every allegation contained in paragraph number 212 of the Complaint.

213.    In answering the allegations in paragraph 213, Answering Defendants incorporates by reference each and every admission and denial contained in paragraph 1-278 of Answering Defendants' answer.

214.    Answering Defendants have insufficient information to form a belief as to the truth of paragraph 214 of Plaintiffs' Complaint and placing their denial on that ground, deny the allegations and each of them and require strict proof thereof.

215.    Answering Defendants deny each and every allegation contained in paragraph number 215 of the Complaint.

216.    Answering Defendants deny each and every allegation contained in paragraph number 216 of the Complaint.

217.    Answering Defendants deny each and every allegation contained in paragraph number 217 of the Complaint.

218.    Answering Defendants deny each and every allegation contained in paragraph number 218 of the Complaint.

219.    Answering Defendants deny each and every allegation contained in paragraph number 219 of the Complaint.

220.    Answering Defendants deny each and every allegation contained in paragraph number 220 of the Complaint.

221.    In answering the allegations in paragraph 221, Answering Defendants incorporate by reference each and every admission and denial contained in paragraph 1-278 of Answering Defendant's answer.

222.    Answering Defendants admit that entered into possession of the Susupe Premises as a tenant for a term of 20 years which expired on or about June 30, 2000.  Except as expressly admitted, Answering Defendants deny the allegations contained in paragraph 222.

223.    Answering Defendants deny each and every allegation contained in paragraph number 223 of the Complaint.

224.    Answering Defendants admit that they entered into possession of the As Gonno Premises, the Garapan Premises, the Kagman Premises, and the Sinapalu as a tenant for a term of

years.   Except as expressly admitted, Answering Defendants deny the allegations contained in paragraph 224.

225.    Answering Defendants deny each and every allegation contained in paragraph number 225 of the Complaint.

226.    Answering Defendants deny each and every allegation contained in paragraph number 226 of the Complaint.

227.    Answering Defendants deny each and every allegation contained in paragraph number 227 of the Complaint.

228.    Answering Defendants have insufficient information to form a belief as to the truth of paragraph 228 of Plaintiffs' Complaint and placing their denial on that ground, deny the allegations and each of them and require strict proof thereof.

229.    Answering Defendants deny each and every allegation contained in paragraph number 229 of the Complaint.

230.    Answering Defendants deny each and every allegation contained in paragraph number 230 of the Complaint.

231.    In answering the allegations in paragraph 231, Answering Defendants incorporate by reference each and every admission and denial contained in paragraph 1-278 of Answering Defendant's answer.

232.    Answering Defendants deny each and every allegation contained in paragraph number 232 of the Complaint.

233.    Answering Defendants deny each and every allegation contained in paragraph number 233 of the Complaint.

234.    Answering Defendants deny each and every allegation contained in paragraph number 234 of the Complaint.

235.    Answering Defendants deny each and every allegation contained in paragraph number 235 of the Complaint.

236.    In answering the allegations in paragraph 236, Answering Defendants incorporate by reference each and every admission and denial contained in paragraph 1-278 of Answering Defendant's answer.

237.    Answering Defendants admit each and every allegation contained in paragraph number 237 of the Complaint.

238.    Answering Defendants deny each and every allegation contained in paragraph number 238 of the Complaint.

239.    Answering Defendants deny each and every allegation contained in paragraph number 239 of the Complaint.

240.    Answering Defendants deny each and every allegation contained in paragraph number 240 of the Complaint.

241.    Answering Defendants deny each and every allegation contained in paragraph number 241 of the Complaint.

242.    Answering Defendants deny each and every allegation contained in paragraph number 242 of the Complaint.

243.    Answering Defendants deny each and every allegation contained in paragraph number 243 of the Complaint.

244.    In answering the allegations in paragraph 244, Answering Defendant incorporates by reference each and every admission and denial contained in paragraph 1-278 of Answering Defendant's answer.

245.    Answering Defendants deny each and every allegation contained in paragraph number 245 of the Complaint.

246.    Answering Defendants have insufficient information to form a belief as to the truth of paragraph 246 of Plaintiffs' Complaint and placing their denial on that ground, deny the allegations and each of them and require strict proof thereof.

247.    Answering Defendants deny each and every allegation contained in paragraph number 247 of the Complaint.

248.    Answering Defendants deny each and every allegation contained in paragraph number 248 of the Complaint.

249.    Answering Defendants admit that PTI is the stockholder of MTC. Except as expressly admitted, Answering Defendants deny the allegations contained in paragraph 249.

250.    Answering Defendant denies each and every allegation contained in paragraph number 250 of the Complaint.

251.    Answering Defendant denies each and every allegation contained in paragraph number 251 of the Complaint.

252.    In answering the allegations in paragraph 252, Answering Defendants incorporate by reference each and every admission and denial contained in paragraph 1-278 of Answering Defendants' answer.

253.    Answering Defendants deny each and every allegation contained in paragraph number 253 of the Complaint.

254.    Answering Defendants deny each and every allegation contained in paragraph number 254 of the Complaint.

255.    Answering Defendants have insufficient information to form a belief as to the truth of paragraph 255 of Plaintiffs' Complaint and placing their denial on that ground, deny the allegations and each of them and require strict proof thereof.

256.    Answering Defendants deny each and every allegation contained in paragraph number 256 of the Complaint.

257.    Answering Defendants have insufficient information to form a belief as to the truth of paragraph 257 of Plaintiffs' Complaint and placing their denial on that ground, deny the allegations and each of them and require strict proof thereof.

258.    Answering Defendants deny each and every allegation contained in paragraph number 258 of the Complaint.

259.    Answering Defendants deny each and every allegation contained in paragraph number 259 of the Complaint.

260.    Answering Defendants deny each and every allegation contained in paragraph number 260 of the Complaint.

261.    Answering Defendants deny each and every allegation contained in paragraph number 261 of the Complaint.

262.    Answering Defendants deny each and every allegation contained in paragraph number 262 of the Complaint.

263.    Answering Defendants have insufficient information to form a belief as to the truth of paragraph 263 of Plaintiffs' Complaint and placing their denial on that ground, deny the allegations and each of them and require strict proof thereof.

264.    Answering Defendants deny each and every allegation contained in paragraph number 264 of the Complaint.

265.    Answering Defendants deny each and every allegation contained in paragraph number 265 of the Complaint.

266.    In answering the allegations in paragraph 266, Answering Defendants incorporate by reference each and every admission and denial contained in paragraph 1-278 of Answering Defendant's answer.

267.    Answering Defendants deny each and every allegation contained in paragraph number 267 of the Complaint.

268.    Answering Defendants deny each and every allegation contained in paragraph number 268 of the Complaint.

269.    Answering Defendants deny each and every allegation contained in paragraph number 269 of the Complaint.

270.    Answering Defendants deny each and every allegation contained in paragraph number 270 of the Complaint.

271.    Answering Defendants deny each and every allegation contained in paragraph number 271 of the Complaint.

272.    Answering Defendants deny each and every allegation contained in paragraph number 272 of the Complaint.

273.   In answering the allegations in paragraph 273, Answering Defendants incorporate by reference each and every admission and denial contained in paragraph 1-278 of Answering Defendant's answer.

274.   Answering Defendants deny each and every allegation contained in paragraph number 274 of the Complaint.

275.   Answering Defendants deny each and every allegation contained in paragraph number 275 of the Complaint.

276.   In answering the allegations in paragraph 276, Answering Defendants incorporate by reference each and every admission and denial contained in paragraph 1-278 of Answering Defendant's answer.

277.   Answering Defendants admit that leases speak for themselves.  Except as expressly admitted, Answering Defendants deny the allegations contained in paragraph 277.

278.   The allegations contained in paragraph 278 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

## GENERAL DENIAL

Except for those facts expressly admitted, Answering Defendants generally deny all allegations in the Complaint. Answering Defendant further deny that Plaintiffs are entitled to the relief sought in the prayer contained on pages 48 - 49 of the Complaint or to any relief whatsoever.

## AFFIRMATIVE DEFENSES

1.   On information and belief, Defendants allege as a First Affirmative Defense, that Plaintiffs fail to state a claim upon a relief can be granted.

2.   On information and belief, Defendants allege as a Second Affirmative Defense, that Plaintiffs' claims are barred by Waiver.

31

3.      On information and belief, Defendants allege as a Third Affirmative Defense, that Plaintiffs' claims are barred by Estoppel.

4.      On information and belief, Defendants allege as a Fourth Affirmative Defense, that Plaintiffs' claims are barred by Fraud.

6.      On information and belief, Defendants allege as a Fifth Affirmative Defense, that Plaintiffs' claims are barred by the Statute of Limitations.

7.      On information and belief, Defendants allege as a Sixth Affirmative Defense, that Plaintiffs' claims are barred by Illegality.

8.      On information and belief, Defendants allege as a Seventh Affirmative Defense, that Plaintiffs' claims are barred by Laches.

9.      On information and belief, Defendants allege as an Eighth Affirmative Defense, that Plaintiffs' claims are barred by Unclean hands.

10.     On information and belief, Defendants allege as a Ninth Affirmative Defense, that Plaintiffs' claims are barred by Release.

11.     On information and belief, Defendants allege as a Tenth Affirmative Defense, that Plaintiffs' claims are barred by Statute of Frauds.

12.     On information and belief, Defendants allege as an Eleventh Affirmative Defense, that Plaintiffs' claims are limited because Plaintiff has not suffered damage or because of Plaintiff's failure to mitigate damages.

13.     On information and belief, Defendants allege as a Twelve Affirmative Defense, that Plaintiffs' claims are preempted by Federal Law and/or the United States Constitution.

**WHEREFORE, DEFENDANT PRAYS THAT:**

1.  Plaintiffs take nothing by their complaint;

2.  Answering Defendants be awarded costs of this action and reasonable attorneys fees;

3.  For such further relief as the Court deems just and proper.


Dated this 8th day of December, 2005.

**COLIN M. THOMPSON**
Attorney for Defendants
Micronesian Telecommunication Corp.
and Pacific Telecom Inc.