F I L E D
 Clerk
District Court

NOV 3 0 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOSES T. FEJERAN, and QIANYAN S. FEJERAN, <br><br> Plaintiffs, <br><br> vs. <br><br> AVIATION SERVICES (CNMI), LTD., dba FREEDOM AIR <br><br> Defendants. | Civil Action No. 05-0033 <br><br> CASE MANAGEMENT SCHEDULING ORDER |

| | |
|---|---|
| David P. Ledger <br> Attorney at Law <br> Suite 201 Orlean Pacific Plaza <br> 865 S. Marine Corps Drive <br> Tamuning, Guam 96913 | David G. Banes <br> Attorney at Law <br> P.O. Box 501969 <br> Saipan, MP 96950 |

Pursuant to Federal Rule of Civil Procedure 16(b)[1] and Local Rule 16.2CJ.e.4, a Case Management Conference was conducted in the above case on November 30, 2005. As a result of the conference,

IT IS ORDERED THAT:

1. All parties are to be joined on or before April 3, 2006.

2. All motions to amend pleadings shall be filed on or before April 3, 2006.

---

[1] Fed.R.Civ.P. 16(b)(6) provides in part that a case management scheduling order "shall not be modified except upon a showing of good cause and by leave of the district judge[.]" To establish good cause, a party must generally show that even with the exercise of due diligence it cannot meet the order's timetable. *See e.g.* Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992). The liberal amendment policy of Fed.R.Civ.P. 15 no longer obtains once the case management scheduling order has been entered. *See* Coleman v. Quaker Oats Co., 232 F.3d 1271, 1294 (9th Cir. 2000).

3. All fact discovery shall be served by May 1, 2006.

4. All fact discovery motions shall be filed so as to be heard on or before June 22, 2006. The following discovery documents and proofs of service thereof shall not be filed with the Clerk until there is a motion or proceeding in which the document or proof of service is in issue and then only that part of the document which is in issue shall be filed with the Court:

   a. Transcripts of depositions upon oral examination;
   b. Transcripts of deposition upon written questions;
   c. Interrogatories;
   d. Answers or objections to interrogatories;
   e. Requests for production of documents or to inspect tangible things;
   f. Responses or objections to requests for production of documents or to inspect tangible things;
   g. Requests for admission; and,
   h. Responses of objections to requests for admission.

5. Plaintiff expert disclosure - June 1, 2006.

6. Defendant and third-party defendant expert disclosure - July 3, 2006.

7. Expert discovery shall be completed by September 1, 2006.

8. A status conference will be held on March 31, 2006, at 9:30 a.m.

9. All dispositive motions shall be heard on or before October 26, 2006. Said motions shall be filed in accordance with Local Rules 7.1and/or 56.1.

10. A settlement conference will be held on November 3, 2006, at 10:00 a.m.

11. The jointly-prepared final pretrial order, prepared pursuant to Local Rule 16.2CJ.e.9, shall be filed with this Court by November 20, 2006.

12. A final pretrial conference will be held on November 24, 2006, at 9:30 a.m.

13. The trial in this case shall begin on December 11, 2006, at 9:00 a.m.

This case has been assigned to the Standard Track.

DATED THIS 30th day of November, 2005, Garapan, Saipan, CNMI.

_____
Judge Alex R. Munson