Case 1:05-cv-00034  Document 4  Filed 01/03/2006  Page 1 of 2

FILED
Clerk
District Court

JAN - 3 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Colin M. Thompson, Esq.
Law Offices of Colin M. Thompson
J.E. Tenorio Building
PMB 917 Box 10001
Saipan, Mariana Islands 96950
Telephone: (670) 233-0777
Facsimile: (670) 233-0776

*Attorney for Defendants*
*Micronesian Telecommunications Corporation and*
*Pacific Telecom, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| BOARD OF THE MARIANAS PUBLIC LAND AUTHORITY AND MARIANAS PUBLIC LAND AUTHORITY, for themselves and on behalf of the Northern Marianas Descent,<br><br>Plaintiffs,<br><br>MICRONESIAN TELECOMMUNICATIONS CORPORATION, PACIFIC TELECOM, INC., AND DOES 1-5,<br><br>Defendants. | CIVIL ACTION NO. 05-0034<br><br>DEFENDANT'S CASE MANAGEMENT CONFERENCE STATEMENT PURSUANT TO LR 16.2.CJ. e2<br><br>DATE: JAN - 4 2006<br>TIME: 9:30 A.M. |

Defendants, Micronesian Telecommunications Corporation and Pacific Telecom, Inc., through counsel, hereby request leave of Court to submit their Case Management Conference Statement as required by Local 16.2CJ.e2 out of time, as follows:

A. **Service of process on parties not yet served**. All named Parties were served.

B. **Jurisdiction and Venue**. This case was filed at Superior Court on October 3, 2005. On November 2, 2005, Defendants filed a Notice of Removal. Plaintiffs did not oppose removal. On December 8, 2005, Defendants Answered the Complaint.

1

C. **Track Assignment.** This case should be assigned to the Standard Track based on the factors listed in Local Rule 16.2CJ(c).

D. **Anticipated motions.** Defendants anticipate filing motions for summary judgment/partial summary judgment.

E. **Anticipated discovery or remaining discovery, including limitation on discovery.** The Parties have yet to conduct any discovery.

F. **Appropriateness of especial procedures such as consolidation of actions for discovery or pre-trial, reference to a master or to arbitration or to the Judicial Panel or Multidistrict Litigation, or application of the Manual for Complex Litigation.** None.

G. **Modifications of the standard pre-trial procedures specified by this Plan on account if the relative simplicity or complexity of the action or proceeding.** None.

H. **Settlement prospects.** Defendants are amenable to fair settlement.

I. **Any other matter which may be conducive to the just, efficient, and economical determination of the proceeding, including the definition or limitation of issues.** At this time, Defendants have identified no such matters.

Dated this 3rd day of January 2006.

_____
COLIN M. THOMPSON, ESQ.
Attorney for Defendants