F I L E D
Clerk
District Court

JAN - 3 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Ramon K. Quichocho, Esq.
LAW OFFICES OF RAMON K. QUICHOCHO, LLC
2nd Floor, V.S. Sablan Building, Chalan Piao
P.O. Box 505621
Saipan, MP 96950
Tel. No.: 670.234.8946
Fax: 670.234.8920
Email: rayq@vzpacifica.net

*Attorney for Plaintiff Board of MPLA*

MATTHEW T. GREGORY, ESQ.
2nd Floor, V.S. Sablan Building, Chalan Piao
PMB 419, Box 10000
Saipan, MP 96950
Tel. No.: 670.234.3972
Fax: 670.234.3973

*Attorney for Plaintiff MPLA*

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| BOARD OF THE MARIANAS PUBLIC LANDS AUTHORITY AND MARIANAS PUBLIC LANDS AUTHORITY, for themselves and on behalf of the Northern Marianas Descent, <br><br> Plaintiffs, <br><br> vs. <br><br> MICRONESIAN TELECOMMUNICATIONS CORPORATION, PACIFIC TELECOM, INC., AND DOES 1-5, <br><br> Defendants. | CIVIL ACTION NO. CV05-0034 <br><br><br><br><br><br> PLAINTIFFS' MOTION TO REMAND <br><br><br><br><br> Hearing: FEB 1 6 2006 <br> Time: 8:30 a.m. |

COME NOW the Plaintiffs Board of the Marianas Public Lands Authority (the "Board) and the Marianas Public Lands Authority (the "MPLA"), by and through counsel, Ramon K. Quichocho, Esq, and Matthew T. Gregory, Esq., respectively, and move this Honorable Court for an order remanding the above-entitled action to the Superior Court of the Commonwealth of the Northern Mariana Islands, pursuant to 28 U.S.C. § 1447(c), on the ground that the above-entitled

1
*Plaintiffs' Motion to Remand*

action has not at any time, nor does it now, involve a claim or right arising under the Constitution, treaties, or laws of the United States, contrary to the allegations of Defendants, as set forth in the notice of removal of the action hereto; nor is there any other basis for this Court's jurisdiction of the above-entitled action, since Plaintiffs' causes of action against Defendants arise solely under CNMI law.

This motion is based on the pleadings and papers on file in this action and the Memorandum in Support of Plaintiffs' Motion to Remand, and declarations served and filed with this motion.

WHEREFORE, Plaintiffs respectfully request that this civil action be REMANDED to the Superior Court of the Commonwealth of the Northern Mariana Islands, because the Board and MPLA's lawsuit does not involve a federal question. In addition, Plaintiffs respectfully request that this Honorable Court award Plaintiffs their court costs, expenses, and attorneys' fees.

Dated this 3rd day of January, 2006.

Respectfully submitted,

LAW OFFICES OF RAMON K. QUICHOCHO, LLC

Ramon K. Quichocho
Attorney for Plaintiff Board of MPLA

LAW OFFICE OF MATTHEW T. GREGORY

Matthew T. Gregory
Attorney for Plaintiff MPLA