Clerk
District Court

JAN - 3 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Ramon K. Quichocho, Esq.
LAW OFFICES OF RAMON K. QUICHOCHO, LLC
2nd Floor, V.S. Sablan Building, Chalan Piao
P.O. Box 505621
Saipan, MP 96950
Tel. No.: 670.234.8946
Fax: 670.234.8920
Email: rayq@vzpacifica.net

*Attorney for Plaintiff Board of MPLA*

MATTHEW T. GREGORY, ESQ.
2nd Floor, V.S. Sablan Building, Chalan Piao
PMB 419, Box 10000
Saipan, MP 96950
Tel. No.: 670.234.3972
Fax: 670.234.3973

*Attorney for Plaintiff MPLA*

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| BOARD OF THE MARIANAS PUBLIC LANDS AUTHORITY AND MARIANAS PUBLIC LANDS AUTHORITY, for themselves and on behalf of the Northern Marianas Descent,<br><br>Plaintiffs,<br><br>vs.<br><br>MICRONESIAN TELECOMMUNICATIONS CORPORATION, PACIFIC TELECOM, INC., AND DOES 1-5,<br><br>Defendants. | CIVIL ACTION NO. CV05-0034<br><br><br><br>NOTICE OF MOTION TO REMAND<br><br><br><br>Hearing: FEB 1 6 2006<br>Time: 8:30 a.m. |

PLEASE TAKE NOTICE that Plaintiffs Board of the Marianas Public Lands Authority and the Marianas Public Lands Authority will bring the Plaintiffs' Motion to Remand for hearing before this Court on FEB 1 6 2006, 2006, at 8:30 a.m., before the Honorable Alex R. Munson, Chief Judge, United States District Court.

1  Dated this 3rd day of January, 2006.

Respectfully submitted,

LAW OFFICES OF RAMON K. QUICHOCHO, LLC

Ramon K. Quichocho
Attorney for Plaintiff Board of MPLA


LAW OFFICE OF MATTHEW T. GREGORY

Matthew T. Gregory
Attorney for Plaintiff MPLA