F I L E D
Clerk
District Court

JAN - 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Ramon K. Quichocho, Esq.
LAW OFFICES OF RAMON K. QUICHOCHO, LLC
2nd Floor, V.S. Sablan Building, Chalan Piao
P.O. Box 505621
Saipan, MP 96950
Tel. No.: 670.234.8946
Fax: 670.234.8920
Email: rayq@vzpacifica.net

*Attorney for Plaintiff Board of MPLA*

MATTHEW T. GREGORY, ESQ.
2nd Floor, V.S. Sablan Building, Chalan Piao
PMB 419, Box 10000
Saipan, MP 96950
Tel. No.: 670.234.3972
Fax: 670.234.3973

*Attorney for Plaintiff MPLA*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| BOARD OF THE MARIANAS PUBLIC LANDS AUTHORITY AND MARIANAS PUBLIC LANDS AUTHORITY, for themselves and on behalf of the Northern Marianas Descent,<br><br>Plaintiffs,<br><br>vs.<br><br>MICRONESIAN TELECOMMUNICATIONS CORPORATION, PACIFIC TELECOM, INC., AND DOES 1-5,<br><br>Defendants. | CIVIL ACTION NO. 05-0034<br><br><br><br>PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT PURSUANT TO LR 16.2CJe2 |

Plaintiffs Board of the Marianas Public Lands Authority and the Marianas Public Lands Authority, by and through the undersigned counsel, hereby request leave of Court to submit Plaintiffs' Case Management Conference Statement as required by LR 16.2CJe2 as follows:

**(a) Service of process on parties not yet served.** All named parties were served.

1

    **(b) Jurisdiction and venue.** Plaintiffs filed the Summons and Complaint at the Superior Court of the Commonwealth of the Northern Mariana Islands on October 3, 2005. On November 2, 2005, Defendants filed a Notice of Removal on the grounds that Plaintiffs' Complaint involves a federal question. On December 8, 2005, Defendants answered the Complaint. On January 3, 2006, Plaintiffs filed a Motion to Remand on the grounds that the Court lacks jurisdiction because Plaintiffs' Complaint does not involve a federal question.

    **(c) Track assignment.** Plaintiffs agree with the Court that this case should be assigned to the Standard Track as defined in LR 16.2CJc.

    **(d) Anticipated motions.** Plaintiffs anticipate filing motions for summary judgment/partial summary judgment, motion to amend and/or supplement pleadings based on discovery, and motion for judicial notice.

    **(e) Anticipated or remaining discovery, including limitation on discovery.** The parties have yet to conduct any formal discovery.

    **(f) Appropriateness of special procedures such as consolidation of actions for discovery or pretrial, reference to a master or to arbitration or to the Judicial Panel or Multidistrict Litigation, or application of the Manual for Complex Litigation.** None.

    **(g) Modifications of the standard pretrial procedures specified by the Local Rules on account of the relative simplicity or complexity of the action or proceeding.** None.

    **(h) Settlement prospects.** Plaintiffs are amenable to a fair and reasonable settlement.

    **(i) Any other matter which may be conducive to the just, efficient and economical determination of the proceeding, including the definition or limitation of issues.** The Court should hear the Plaintiffs' motion to remand as soon as practicable to determine whether the Court has jurisdiction based on a federal question looking at the face of the Complaint, or in the

alternative, the Court should order an evidentiary hearing to determine whether the Court has jurisdiction pursuant to 28 U.S.C. 1446(c)(5).

Dated this <u>4th</u> day of January, 2006.

Respectfully submitted,

LAW OFFICES OF RAMON K. QUICHOCHO, LLC

*/s/ Ramon K. Quichocho*
Ramon K. Quichocho
Attorney for Plaintiff Board of MPLA
Matthew T. Gregory
Attorney for Plaintiff MPLA