

F I L E D
Clerk
District Court

[illegible]   A 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| BOARD OF MARIANAS PUBLIC LANDS AUTHORITY AND MARIANAS PUBLIC LANDS AUTHORITY, for themselves and on behalf of the Northern Marianas Descent. | Civil Action No. 05-0034 |
| Plaintiffs, | CASE MANAGEMENT SCHEDULING ORDER |
| vs. | |
| MICRONESIAN TELECOMMUNICATIONS, PACIFIC TELECOM, INC., and DOES 1 - 5. | |
| Defendant, | |

Matthew T. Gregory          Colin M. Thompson
Attorney at Law             Attorney at Law
PMB 419, Box 10000          PMB 917 Box 10001
Saipan, MP 96960.           Saipan, MP 96950

Pursuant to Federal Rule of Civil Procedure 16(b)[1] and Local Rule 16.2CJ.e.4, a

Case Management Conference was conducted in the above case on January 4, 2006.

As a result of the conference,

---

[1]

  Fed.R.Civ.P. 16(b)(6) provides in part that a case management scheduling order "shall not be modified except upon a showing of good cause and by leave of the district judge[.]"  To establish good cause, a party must generally show that even with the exercise of due diligence it cannot meet the order's timetable.  *See e.g. Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).  The liberal amendment policy of Fed.R.Civ.P. 15 no longer obtains once the case management scheduling order has been entered.  *See* Coleman v. Quaker Oats Co., 232 F.3d 1271, 1294 (9th Cir. 2000).

IT IS ORDERED THAT:

1.  All parties are to be joined on or before July 1, 2006.

2.  All motions to amend pleadings shall be filed on or before July 1, 2006.

3.  All fact discovery shall be served by June 30, 2006.

4.  All fact discovery motions shall be filed so as to be heard on or before August 31, 2006. The following discovery documents and proofs of service thereof shall <u>not</u> be filed with the Clerk until there is a motion or proceeding in which the document or proof of service is in issue and then <u>only</u> that part of the document which is in issue shall be filed with the Court:

    a.  Transcripts of depositions upon oral examination;
    b.  Transcripts of deposition upon written questions;
    c.  Interrogatories;
    d.  Answers or objections to interrogatories;
    e.  Requests for production of documents or to inspect tangible things;
    f.  Responses or objections to requests for production of documents or to inspect tangible things;
    g.  Requests for admission; and,
    h.  Responses of objections to requests for admission.

5.  Plaintiff expert disclosure - June 30, 2006.

6.  Defendant and third-party defendant expert disclosure - July 31, 2006.

7.  Expert discovery shall be completed by September 15, 2006.

8.  A status conference will be held on April 21, 2006, at 10:00 a.m.

9.  All dispositive motions shall be heard on or before October 5, 2006. Said motions shall be filed in accordance with Local Rules 7.1and/or 56.1.

10. A settlement conference will be held on October 13, 2006, at 10:00 a.m.

11. The jointly-prepared final pretrial order, prepared pursuant to Local Rule 16.2CJ.e.9, shall be filed with this Court by October 30, 2006.

12. A final pretrial conference will be held on November 3, 2006, at 10:00 a.m.

13.    The trial in this case shall begin on November 13, 2006, at 9:00 a.m.

This case has been assigned to the Standard Track.

DATED THIS 4th day of January, 2006, Garapan, Saipan, CNMI.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)