MATTHEW T. GREGORY
Attorney at Law
Second Floor, V.S. Sablan Building
Chalan Piao
PMB 419, Box 10000
Saipan MP 96950
Telephone:    (670) 234-3972
Facsimile:    (670) 234-3973

*Withdrawing Attorney for MPLA*

F I L E D
Clerk
District Court

JAN 1 7 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE

# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| BOARD OF THE MARIANAS PUBLIC LANDS AUTHORITY AND MARIANAS PUBLIC LANDS AUTHORITY, for themselves and on behalf of the Northern Marianas Descent,<br><br>Plaintiffs,<br><br>vs.<br><br>MICRONESIAN TELECOMMUNICATIONS CORPORATION, PACIFIC TELECOM, INC., AND DOES 1-5,<br><br>Defendants. | CIVIL ACTION NO. **05-0034**<br><br><br><br><br>**STIPULATION TO SUBSTITUTE COUNSEL AND ORDER** |

COMES NOW, Plaintiff Marianas Public Lands Authority ("MPLA"), pursuant to the LR 83.5 of this Court's Local Rules, will be substituting and replacing present counsel of record in this matter, Matthew T. Gregory for Ramon K. Quichocho.

- 1

1  Accordingly, Matthew T. Gregory is hereby withdrawing from this matter and Ramon K.
2  Quichocho by agreeing to represent MPLA agrees to assume all duties and responsibilities
3  regarding this matter as counsel of record.

_____
MATTHEW T. GREGORY   Dated: _____
Withdrawing Attorney

_____
RAMON K. QUICHOCHO   Dated: _____
Substituting Attorney

SO ORDERED: __JAN 1 7 2006__.

_____
HONORABLE ALEX R. MUNSON
District Court Judge

- 2 -