Colin M. Thompson, Esq.
Law Offices of Colin M. Thompson
J.E. Tenorio Building
PMB 917 Box 10001
Saipan, Mariana Islands 96950
Telephone: (670) 233-0777
Facsimile: (670) 233-0776

F I L E D
        Clerk
    District Court

FEB - 1 2006

For The Northern Mariana Islands
By_____
            (Deputy Clerk)

*Attorney for Defendants*
*Micronesian Telecommunications Corporation and*
*Pacific Telecom, Inc.*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE

### NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **BOARD OF THE MARIANAS PUBLIC LAND AUTHORITY AND MARIANAS PUBLIC LAND AUTHORITY, for themselves and on behalf of the Northern Marianas Descent,**<br><br>**Plaintiffs,**<br><br>**MICRONESIAN TELECOMMUNICATIONS CORPORATION, PACIFIC TELECOM, INC., AND DOES 1-5,**<br><br>**Defendants.** | **CIVIL ACTION NO. 05-0034**<br><br>**STIPULATION**<br>**RE: BRIEFING SCHEDULE**<br>**FOR MOTION TO REMAND**<br><br>**Date  : February 16, 2006**<br>**Time  : 8:30 a.m.**<br>**Judge : Hon. Alex R. Munson** |

**COMES NOW**, Colin M. Thompson on behalf of the Defendants, Micronesian Telecommunications Corporation and Pacific Telecom, Inc. and Ramon Quichocho on behalf of the Plaintiffs, Board of the Marianas Public Lands and Marianas Public Lands Authority to stipulate to a briefing schedule. On January 3, 2006, Plaintiffs' filed a Motion to Remand setting a hearing on February 16, 2006. The parties hereby amend the briefing schedule so that the Defendants' Opposition will be due on or before **February 6, 2006** and the Plaintiffs' Reply will be due on or before **February 13, 2006.**

1

Respectfully submitted by:

Dated: 1/28/06

_____
**COLIN M. THOMPSON, ESQ**
Attorney for Defendants
Micronesian Telecommunications Corp.
Pacific Telecom, Inc.

Date: 01 - 30 06

_____
**RAMON K. QUICHOCHO, ESQ.**
Attorney for Plaintiffs
Board of Marianas Public Lands
Marianas Public Lands Authority

## ORDER

**GOOD CAUSE SHOWN** based upon the stipulation of the parties; it is hereby ordered that the briefing schedule be granted in accordance with this Stipulation.

_____
**HON. ALEX R. MUNSON**
District Court Judge