```
Colin M. Thompson, Esq.
Law Offices of Colin M. Thompson
J.E. Tenorio Building
PMB 917 Box 10001
Saipan, Mariana Islands 96950
Telephone: (670) 233-0777
Facsimile:  (670) 233-0776
```

*Attorney for Defendants*
*Micronesian Telecommunications Corporation and*
*Pacific Telecom, Inc.*

F I L E D
Clerk
District Court

FEB 14 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| BOARD OF THE MARIANAS PUBLIC LAND AUTHORITY AND MARIANAS PUBLIC LAND AUTHORITY, for themselves and on behalf of the Northern Marianas Descent,<br><br>Plaintiffs,<br><br>MICRONESIAN TELECOMMUNICATIONS CORPORATION, PACIFIC TELECOM, INC., AND DOES 1-5,<br><br>Defendants. | CIVIL ACTION NO. 05-0034<br><br>STIPULATION<br>RE: BRIEFING SCHEDULE<br>FOR MOTION TO REMAND<br><br>Hearing : March 2, 2006<br>Time    : 9:00 a.m.<br>Judge   : Alex R. Munson |

**COMES NOW**, Colin M. Thompson on behalf of the Defendants, Micronesian Telecommunications Corporation and Pacific Telecom, Inc. and Ramon K. Quichocho on behalf of the Plaintiffs, Board of the Marianas Public Lands and Marianas Public Lands Authority to stipulate to a briefing schedule. On February 13, 2006, the Court issued an order Resetting hearing to March 2, 2006 at 9:00. The parties hereby amend the briefing schedule so that the Defendants' Supplemental Brief will be due on or before **February 27, 2006** and the Plaintiffs' Response will be due on or before **March 16, 2006**. The hearing is will be set for **March 23, 2006** at **9:00 a.m.**

1

Respectfully submitted by:

Date: 2/14/06

_____
COLIN M. THOMPSON, ESQ.
Attorney for Defendants
Micronesian Telecommunications Corp.
Pacific Telecom, Inc.

Date: 2/14/06

_____
RAMON K. QUICHOCHO, ESQ.
Attorney for Plaintiffs
Board of the Marianas Public Lands
Marianas Public Lands Authority

## ORDER

**GOOD CAUSE SHOWN**, based upon the Stipulation of the parties; it is hereby ordered that the supplemental briefing schedule shall be adopted in accordance with this Stipulation and that the hearing on this matter shall be heard on **March 23, 2006** at **9:00 a.m.**

_____
HON. ALEX R. MUNSON
District Court Judge