F I L E D
Clerk
District Court

MAR 0 8 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| BOARD OF THE MARIANAS PUBLIC LAND AUTHORITY and MARIANAS PUBLIC LAND AUTHORITY, for themselves and on behalf of the Northern Marianas Descent,<br><br>Plaintiff,<br><br>vs.<br><br>MICRONESIAN TELECOMMUNICATIONS CORPORATION, PACIFIC TELECOM, INC., and DOES 1-5,<br><br>Defendant. | Case No. CV-05-0034<br><br>**ORDER THAT PLAINTIFF FILE A MOTION TO DISMISS OR MAKE AN APPEARANCE** |

On February 13, 2006, the court ordered defendant to file a supplemental brief and rescheduled the hearing of plaintiff's motion to remand. Order Resetting Hearing and Order for Supplemental Brief, No. 14 (Feb. 13, 2006). Thereafter, the parties stipulated to a new briefing schedule and a hearing date of March 23, 2006. Stipulation RE: Briefing Schedule for Motion to Remand, No. 15 (Feb. 14, 2006). Having been informed that plaintiff intends to dismiss the case, defendant failed to file the supplemental brief by February 27, 2006.

**ACCORDINGLY, THE COURT ORDERS** that the hearing of March 23, 2006, be taken off calendar without prejudice. **THE COURT FURTHER ORDERS** that plaintiff file a motion to dismiss or, in the alternative, that plaintiff make an appearance before the court on March 23, 2006,

//
//
//
//

at 9 a.m. to apprise the court of the status of the case. Failure to make an appearance will result in dismissal of the case with prejudice.

**DATED** this 8th day of March, 2006.

_____
ALEX R. MUNSON
Judge