ORIGINAL

Ramon K. Quichocho, Esq.
LAW OFFICES OF RAMON K. QUICHOCHO, LLC
2nd Floor, V.S. Sablan Building, Chalan Piao
P.O. Box 505621
Saipan, MP 96950
Tel. No.: 670.234.8946
Fax: 670.234.8920
Email: rayq@vzpacifica.net

*Withdrawing Attorney for Plaintiffs*

F I L E D
Clerk
District Court

MAR - 9 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| BOARD OF THE MARIANAS PUBLIC LANDS AUTHORITY AND MARIANAS PUBLIC LANDS AUTHORITY, for themselves and on behalf of the Northern Marianas Descent,<br><br>Plaintiffs,<br><br>vs.<br><br>MICRONESIAN TELECOMMUNICATIONS CORPORATION, PACIFIC TELECOM, INC., AND DOES 1-5,<br><br>Defendants. | CIVIL ACTION NO. 05-0034<br><br>STIPULATION TO SUBSTITUTE COUNSEL AND ORDER |

COME NOW, Plaintiffs (the predecessors-in-interest to the Department of Public Lands pursuant to PL 15-2), and hereby substitute and replace present counsel of record in this matter, pursuant to LR 83.5.

Accordingly, Ramon K. Quichocho, Esq., is hereby withdrawing from this matter, and the Office of the Attorney General by agreeing to represent the former Plaintiffs' successor-in-interest, the Department of Public Lands, agrees to assume all duties and responsibilities regarding this matter as counsel of record.

1

1  DEPARTMENT OF PUBLIC LANDS

3  _____          3/07/06
4  John S. Del Rosario, Jr.                Date
   Acting Secretary

6  LAW OFFICES OF RAMON K. QUICHOCHO, LLC

8  _____          03-21-06
9  Ramon K. Quichocho                     Date
10 Withdrawing Attorney for Plaintiffs

12 OFFICE OF THE ATTORNEY GENERAL

14 _____          3-8-06
   David W. Lochabay, Assistant Attorney General   Date
15 Substituting Attorney for Plaintiffs

### ORDER

FOR GOOD CAUSE SHOWN, the Court hereby approves the substitution as stipulated above.

SO ORDERED: __3-9-2006__

_____
HONORABLE ALEX R. MUNSON
District Court Judge

**RECEIVED**

MAR - 9 2006

Clerk
District Court
For The Northern Mariana Islands

2