FILED
Clerk
District Court

MAR 23 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| BOARD OF THE MARIANAS PUBLIC LAND AUTHORITY and MARIANAS PUBLIC LAND AUTHORITY, for themselves and on behalf of the Northern Marianas Descent,<br><br>Plaintiff,<br><br>vs.<br><br>MICRONESIAN TELECOMMUNICATIONS CORPORATION, PACIFIC TELECOM, INC., and DOES 1-5,<br><br>Defendant. | Case No. CV-05-0034<br><br>**ORDER TAKING MOTION TO REMAND OFF CALENDAR WITHOUT PREJUDICE** |

Having met with all parties during a status conference on March 23, 2006, **THE COURT**, with the consent of the parties, **ORDERS** that the motion to remand be taken off calendar without prejudice.

**DATED** this 23rd day of March, 2006.

_____
ALEX R. MUNSON
Judge