F I L E D
Clerk
District Court

AUG - 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| BOARD OF THE MARIANAS PUBLIC LAND AUTHORITY and MARIANAS PUBLIC LAND AUTHORITY, for themselves and on behalf of the Northern Marianas Descent,<br><br>Plaintiff,<br><br>vs.<br><br>MICRONESIAN TELECOMMUNICATIONS CORPORATION, PACIFIC TELECOM, INC., and DOES 1-5,<br><br>Defendant. | Case No. CV-05-0034<br><br><br>**ORDER SCHEDULING STATUS CONFERENCE** |

A status conference is hereby scheduled for August 25, 2006, at 10:00 a.m.

**IT IS SO ORDERED.**

**DATED** this 4th day of August, 2006.

_____
ALEX R. MUNSON
Judge