1  GREGORY  BAKA  # F0199
   Deputy Attorney General
2  OFFICE  OF  THE  ATTORNEY  GENERAL
   Hon. Juan A. Sablan Memorial Bldg., 2nd Fl.
3  Caller Box 10007, Capital Hill
   Saipan, MP  96950-8907
4  Telephone:    (670) 664-2341
   Fax:          (670) 664-2349
5  E-mail:       gbaka79@yahoo.com

6  Attorneys for Plaintiffs, former Board of Marianas Public Land
   Authority and former Marianas Public Land Authority; and for the
7  Commonwealth of the Northern Mariana Islands Department of Public Lands

8

9

10                  UNITED  STATES  DISTRICT  COURT

11            FOR  THE  NORTHERN  MARIANA  ISLANDS

12

13

14  BOARD  OF  MARIANAS  PUBLIC        )  CIVIL  ACTION  NO.  05-0034
    LANDS  AUTHORITY  and  MARIANAS    )
15  PUBLIC  LANDS  AUTHORITY,          )
                                       )
16            Plaintiffs,              )
                                       )
17        vs.                          )  **STIPULATION  OF  DISMISSAL;**
                                       )  **CERTIFICATE  OF  SERVICE**
18  MICRONESIAN  TELECOMMUNICA-        )
    TIONS  CORPORATION,  PACIFIC       )
19  TELECOM,  INC.,  and  DOES 1-5,    )
                                       )
20            Defendants.              )
    _____)
21

22

23        **COME  NOW**  the Plaintiffs, the former Board of Marianas Public Land

24  Authority and former Marianas Public Land Authority, through the Commonwealth of

1  the Northern Mariana Islands (CNMI) Department of Public Lands (DPL),* and stipulate

2  with Defendants Micronesian Telecommunications Corporation & Pacific Telecom, Inc.

3  pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that this case be dismissed

4  with prejudice.

5          Respectfully submitted,

6                                                OFFICE  OF  THE  ATTORNEY GENERAL

7

8  Dated:  Thursday, 28 September 2006.        GREGORY  BAKA  # F0199
                                               Deputy Attorney General
9
                                               Attorneys for Plaintiffs
10

11         So stipulated.

12 Dated:  Thursday, September 28, 2006.        _____/s/_____
                                               COLIN  M.  THOMPSON  # F0221
13
                                               Attorney for Defendants
14

15

16

17

18

19

20

21

22
    n:\ . . . \gbaka\civil\MPLA v. PTI\stipulation.of.dismissal.pld.wpd
23

24         *  Under N. Mar. I. Public Law 15-2, Section 101 (Feb. 22, 2006), available at
   http://www.cnmilaw.org/pdf/public_laws/15/pl15-02.pdf, most powers and duties
25 assigned to the former Marianas Public Land Authority were assigned to DPL.

2

1

**CERTIFICATE OF SERVICE**

2           Pursuant to Federal Rule of Civil Procedure 5(d), the undersigned declarant states

3   as follows:

4   1.     I am eighteen years of age or older, and I certify that I caused to be served the

5   following documents to the last known address(es) listed below on the date(s) indicated.

6           **STIPULATION  OF  DISMISSAL;  CERTIFICATE OF SERVICE**

7   2.     As set forth below, this service was accomplished either by personal delivery;

8   U.S. Mail; deposit with the Clerk of Court (in attorney's box), cf. Fed. R. Civ. P.

9   5(b)(2)(D); or electronic service, see Local Rule 5.1.

10  Colin M. Thompson, Esq.  # F0221          Attorney for Defendants Micronesian
    Law Offices of Colin M. Thompson              Telecommunications Corporation &
11  J.E. Tenorio Building                             Pacific Telecom, Inc.
    PMB 917, Box 10001                        Tel:  (670) 233-0777
12  Saipan, MP  96950-8901                    Fax: (670) 233-0776
                                              E-mail:  colin.thompson@saipan.com
13                                                            **Via Electronic Service**

14  3.     I declare under penalty of perjury that the foregoing is true and correct.  Executed

15  on Thursday, 28 September 2006.

16                                            *Gregory Baka*
                                              Deputy Attorney General
17                                            Attorney for Plaintiffs

18

19

20

21

22

23

24

25