FILED
Clerk
District Court

OCT - 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| BOARD OF MARIANAS PUBLIC LANDS AUTHORITY and MARIANAS PUBLIC LANDS AUTHORITY,<br><br>Plaintiffs<br><br>v.<br><br>MICRONESIAN TELECOMMUNI-CATIONS CORPORATION, PACIFIC TELECOM, INC., and DOES 1 - 5,<br><br>Defendants | Civil Action No. 05-0034<br><br><br><br>ORDER CLOSING FILE |

BASED UPON the September 28, 2006, stipulation of dismissal with prejudice filed by the parties, NOW, THEREFORE,

IT IS ORDERED that this file be and hereby is closed.

DATED this 6th day of October, 2006.

_____
ALEX R. MUNSON
Judge